# BURSOR & FISHER
P.A.

1330 AVE. OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

MAX S. ROBERTS
Tel: 646.837.7408
Fax: 212.989.9163
mroberts@bursor.com

September 16, 2025

**Via ECF**

The Honorable Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re: *Reese v. Skinny Mixes, LLC*, Case No. 1:25-cv-06432
Joint Letter Motion Regarding Amended Of Pleadings And Extension Of Time To Respond To The Complaint

Dear Judge Garnett:

I represent Plaintiffs Nancy Reese and Ramona Colamarco in the above matter. Pursuant to Rules I.B.1 and I.B.5 of this Court's Individual Rules, I write jointly on behalf of Plaintiffs and Defendant Skinny Mixes, LLC ("Old Skinny") to inform the Court of a consented-to amendment and to respectfully request an extension Defendant's time to respond to the Complaint.

Good cause exists to grant this motion. On August 5, 2025, Plaintiffs filed this case. On August 15, 2025, Plaintiffs were contacted by counsel for New Skinny Mixes, LLC ("New Skinny") (together with Old Skinny, "Defendants"), who alleged New Skinny is the proper party. Subsequently, Old Skinny was properly served on September 9, 2025, and New Skinny's same counsel was retained by Old Skinny to represent it.

The Parties have agreed to allow Plaintiffs to file a First Amended Complaint, adding New Skinny as a defendant and removing Palladium. Further, the Parties have agreed to extend the time for Defendants to respond to the First Amended Complaint, as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Plaintiffs' First Amended Complaint | September 30, 2025 | September 30, 2025 |
| Defendants' Response to or Motion to Dismiss the First Amended Complaint | N/A | October 17, 2025 |
| Plaintiffs' Opposition to the Motion to Dismiss | N/A | November 14, 2025 |
| Defendants' Reply In Support of the Motion to Dismiss | N/A | December 3, 2025 |

As the Court has not yet set a case scheduling order, no other deadlines will be affected by this motion. Further, there have been no previous requests for an extension of deadlines.

Respectfully submitted,

Max S. Roberts

*Attorneys for Plaintiffs*

---

GRANTED IN PART. If Plaintiffs wish to file an amended complaint adding as a defendant "New Skinny Mixes, LLC" and dropping from this case as a defendant Palladium Equity Partners, LLC, they must do so on or before **September 30, 2025**. Defendant Skinny Mixes, LLC's deadline to answer, move against, or otherwise respond to the complaint or amended complaint is hereby EXTENDED to **October 17, 2025**. If Defendant Skinny Mixes, LLC moves to dismiss the complaint or amended complaint, Plaintiffs' opposition shall be due by **November 14, 2025**; and Defendant Skinny Mixes, LLC's reply shall be due by **December 3, 2025**. This order does not bind the entity "New Skinny Mixes, LLC," which is not at present a party to this litigation. If and when New Skinny Mixes, LLC becomes a party to this litigation, its deadline to respond to the amended complaint will be governed by Federal Rule of Civil Procedure 12(a), although of course for the convenience of the parties New Skinny Mixes may follow the schedule set forth above if they choose.

The Initial Pre-Trial Conference previously scheduled for September 30, 2025, will be adjourned to **October 14, 2025 at 9:30 a.m.** The parties' joint letter and proposed case management plan shall be due on **October 7, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 11.

SO ORDERED. Dated September 17, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE