

**Siobhan K. Cole**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6891 | Fax 215.789.7532
coles@whiteandwilliams.com | whiteandwilliams.com

January 16, 2026

<u>Via ECF</u>
The Honorable Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

    Re:    *Reese v. Skinny Mixes, LLC*, Case No. 1:25-cv-06432
           <u>Joint Notice of Settlement – Request for Adjournment</u>

Dear Judge Garnett:

    Plaintiffs Nancy Reese and Ramona Colamarco and Defendants New Skinny Mixes, LLC and Skinny Mixes, LLC, jointly write to advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a settlement agreement. The parties will file a notice of voluntary dismissal or stipulation of dismissal with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice.

    In light of the foregoing, the parties respectfully request that the Court vacate all current dates and deadlines, including discovery deadlines, and provide the parties thirty (30) days to file their anticipated stipulation of dismissal. The earliest deadline that would be affected by this request is the deadline for service of the parties' documents in response to requests for production, currently due January 20, 2026.

    This is the parties' first request of this nature, and no other requests have been denied. We thank your Honor for your attention to this matter.

[*signature page follows*]

The Honorable Margaret M. Garnett
January 16, 2026
Page 2

Respectfully submitted,

| **BURSOR & FISHER, P.A.** | **WHITE AND WILLIAMS LLP** |
|---|---|

By: /s/ Max S. Roberts      By: /s/ Siobhan K. Cole

Max S. Roberts
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
T: (646) 837-7150
F: (212) 989-9163
E: mroberts@bursor.com

L. Timothy Fisher (*pro hac vice forthcoming*)
Ryan Martin (*pro hac vice*)
1990 North California Blvd., 9th Fl.
Walnut Creek, CA 94596
T: (925) 300-4455
F: (925) 407-2700
E: ltfisher@bursor.com
   rmartin@bursor.com

*Attorneys for Plaintiffs Nancy Reese and Ramona Colamarco*

David J. Creagan (*pro hac vice*)
Siobhan K. Cole (*pro hac vice*)
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
T: (215) 864-6891
F: (215) 789-7532
E: creagand@whiteandwilliams.com
   coles@whiteandwilliams.com

*Attorneys for Defendants New Skinny Mixes, LLC, and Skinny Mixes, LLC*

50882442v.1